## Commonwealth *v.* Dennis, Appellant.

Submitted June 12, 1973. *Eugene H. Clarke, Jr.,* for appellant; *James T. Ranney* and *Milton*

*M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., took no part in the consideration or decision of this case.